PROB 12C
(7/93)

Report Date: January 13, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 4 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ezequiel Meza                Case Number: 0980 2:11CR02112-WFN-1

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 18, 2012

Original Offense:       Possession of Unregistered Firearm, 26 U.S.C. §§ 5841, 5861(d)

Original Sentence:      Prison 24 months; TSR - 36 months            Type of Supervision: Supervised Release

Asst. U.S. Attorney:    Thomas J. Hanlon                              Date Supervision Commenced: March 6, 2014

Defense Attorney:       William A. Schuler, III                       Date Supervision Expires: March 5, 2017

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1   **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   **Supporting Evidence**: On December 23, 2014, Ezequiel Meza arrived at the contract facility to provide a urine sample. During the collection process the provider observed the defendant was attempting to use a device to adulterate his specimen. The defendant admitted having the device and having used marijuana. He refused to give the device to the provider. He left the facility without providing a urine sample. Mr. Meza spoke with this officer on December 30, 2014, and admitted to using marijuana and the attempted use of the device to adulterate is specimen.

   Mr. Meza came to the office on January 6, 2015, and relinquished the device he had attempted to use during the above-noted urine collection.

2   **Special Condition # 15**: You shall abstain from the use of illegal controlled substances and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Meza, Ezequiel
January 13, 2015
Page 2

**Supporting Evidence**: On December 30, 2014, Mr. Meza admitted to this officer he had used marijuana on or about December 23, 2014.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/13/2015

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

1/14/15

Date