PROB 12C
(7/93)

Report Date: May 19, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 19, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ezequiel Meza | Case Number: 0980 2:11CR02112-RMP-1 |

Address of Offender:           Yakima, Washington 98902

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 18, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5841, 5861(d) & 5871 | | |
| Original Sentence: | Prison 24 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 6, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | March 5, 2017 |

### PETITIONING THE COURT

**To issue a Summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Mr. Meza failed to report to the U.S. Probation office during the first 5 days of the month and complete a monthly report form during October and November 2015, and February and May 2016. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Meza returned to treatment services and completed another assessment on September 16, 2015. He was referred to the Intensive Outpatient Program (IOP) on that same day. Since that time, he has missed his one on one counseling sessions and was suspended from treatment until he completes a staffing. He completed the staffing but was terminated from IOP due to continued drug use and failing to attend treatment sessions. |

        Mr. Meza completed Inpatient Substance Abuse treatment on January 15, 2016, and began aftercare services on January 19, 2016. He missed treatment sessions on January 25 and 28, 2016, and again on February 1, 2016, leading to him being discharged from the program due to noncompliance on February 2, 2016.

3      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: On September 10, 2015, this officer spoke with Mr. Meza at his residence and he admitted to drinking alcohol and using cocaine and marijuana. He submitted a urinalysis sample later that day and it was confirmed through laboratory analysis to be positive for marijuana metabolites and Benzoylecgonine-cocaine metabolites on September 14, 2015.

        Mr. Meza failed to attend a random urinalysis testing on August 18, September 15, October 14 and 22, 2015, and November 10, 2015.

        Mr. Meza admitted on March 2, 2016, he used marijuana between February 26, 2016, through February 28, 2016. He signed an admission form confirming this information.

        On April 27, 2016, Mr. Meza signed an admission form stating he used marijuana and methamphetamine on or about April 13 through April 15, 2016. He began using the drugs after learning his uncle had been murder at a local motel.

4      **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Meza consumed alcohol and failed to submit to urinalysis testing as noted in violation 3.

5      **Standard Condition # 11**: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

        **Supporting Evidence**: Mr. Meza was contacted by a Spokane County Sheriff's deputy on March 23, 2016, and was questioned. The offender reported this contact with law enforcement to this officer on March 31, 2016.

6      **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

        **Supporting Evidence**: Mr. Meza was released from inpatient treatment on January 15, 2016, and met with this officer on January 19, 2016. At that time, he stated he was living with his father in Yakima, Washington. He called this officer on February 10, 2016, and advised he was homeless; therefore, he moved back to Spokane, Washington.

        On March 31, 2016, Mr. Meza advised he was back in Yakima, was hoping to find work, and was staying at different locations. He moved to his mother's residence in Yakima on or about April 11, 2016.

Prob12C
**Re: Meza, Ezequiel**
**May 19, 2016**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 19, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  Other

*Rosanne Malony Peterson*

Signature of Judicial Officer
5/19/2016

Date