PROB 12C
(7/93)

Report Date: June 1, 2016

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Ezequiel Meza    Case Number: 0980 2:11CR02112-RMP-1

Address of Offender: ███████████    Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 18, 2012

| | |
|---|---|
| Original Offense: | Possession of Unregistered Firearm, 26 U.S.C. § 5841, 5861(d) & 5871 |
| Original Sentence: | Prison 24 months; TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Rick Lee Hoffman |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 6, 2014

Date Supervision Expires: March 5, 2017

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 05/19/2016.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Mr. Meza met with this officer on May 31, 2016, and admitted that on or about May 30, 2016, he consumed alcohol and used cocaine. |
| 8 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Meza failed to attend his random urinalysis test on May 26, 2016. On May 31, 2016, he made up the urinalysis test, which was presumptive positive for cocaine and marijuana. The offender admitted to using cocaine and marijuana and signed an admission form confirming his use. |

9     **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Meza disclosed he consumed alcohol on or about May 30, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 1, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[   ]   No Action
[   ]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[ X ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]   Defendant to appear before the Judge assigned to the case.
[   ]   Defendant to appear before the Magistrate Judge.
[   ]   Other

Signature of Judicial Officer

6/1/2016

Date