PROB 12C
(6/16)

Report Date: October 4, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Ezequiel Meza                Case Number: 0980 2:11CR02112-RMP-1

Address of Offender:                    , Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 18, 2012

Original Offense:     Possession of Unregisterd Firearm, 26 U.S.C. § 5841, 5861(d) & 5871

Original Sentence:    Prison 24 months;            Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Thomas J. Hanlon             Date Supervision Commenced: March 6, 2014

Defense Attorney:     Rick Lee Hoffman             Date Supervision Expires: March 5, 2017

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/19/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
|  | **Supporting Evidence**: Mr. Meza disclosed he had used cocaine and marijuana (THC) during the week of September 12, 2016. The defendant admitted to his drug use and signed an admission form on September 30, 2016. |
| 11 | **Special Condition # 16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
|  | **Supporting Evidence**: Mr. Meza disclosed he had used alcohol during the week of September 12, 2016.  The defendant admitted to his alcohol use and signed an admission form on September 30, 2016 |

Prob12C
**Re: Meza, Ezequiel**
**October 4, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 4, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

10/4/2016

Date