PROB 12C
(6/16)

Report Date: October 21, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ezequiel Meza					Case Number: 0980 2:11CR02112-RMP-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: June 18, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Unregisterd Firearm, 26 U.S.C. § 5841, 5861(d) & 5871 | | |
| Original Sentence: | Prison 24 months;<br>TSR 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: | March 6, 2014 |
| Defense Attorney: | Rick Lee Hoffman | Date Supervision Expires: | March 5, 2017 |

## PETITIONING THE COURT

**To issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 05/19, 06/01, and 10/04/2016.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Meza was removed from inpatient treatment on October 20, 2016, after he refused to provided a random urine test, stating it would be dirty.  Staff learned the offender sold Xanax medication to another patient. |

Prob12C
**Re: Meza, Ezequiel**
**October 21, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 21, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[x]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/21/16
Date